UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN TYRON JACKSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA,<br><br>　　　　Defendant. | Case No. 2:23-cv-00627-APG-EJY<br><br>**ORDER** |

On April 21, 2023, Plaintiff submitted an incomplete application to proceed *in forma pauperis* ("IFP") together with a motion for appointment of counsel. ECF Nos. 1, 1-1. On April 24, 2023, Plaintiff filed a second incomplete application to proceed *in forma pauperis* and motion for appointment of counsel. ECF Nos. 3, 3-1. Plaintiff's initial IFP application failed to include a financial certificate signed by a prison or jail official as well as his inmate trust fund account statement for the six months preceding the application. Plaintiff's second IFP application is on a state court form and again fails to include his financial certificate and inmate trust fund account statement. Plaintiff's submissions also fail to include a complaint. To commence a civil action a pro se Plaintiff must submit his complaint on the form provided by the Court. *See* LSR 2-1.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's applications to proceed *in forma pauperis* (ECF Nos. 1, 3) are DENIED without prejudice.

IT IS FURTHER ORDERED that Plaintiff is given **one** more opportunity to comply with the Rules for commencing a civil action. If Plaintiff fails to comply with this Order, the Court will recommend dismissal of this matter.

Specifically, Plaintiff **must** on or before **June 5, 2023**, either pay the $402 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. Plaintiff **must** also submit a complaint on the Court's approved form.

IT IS FURTHER ORDERED that the Clerk of the Court **will** send Plaintiff the approved form application to proceed *in forma pauperis* for inmate along with the information and instructions for filing the same and the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

DATED this 8th day of May, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE